

**U.S. Department of Justice**

United States Attorney
District of Minnesota

---

600 United States Courthouse  Telephone: (612) 664-5600
300 South Fourth Street  Fax: (612) 664-5787
Minneapolis, MN 55415

February 5, 2026



Kate Fogarty, Clerk
United States District Court
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

**Re: <u>United States v. Joseph Franklin, 26-mj-101 (DJF)</u>**

Dear Ms. Fogarty:

    Enclosed for filing please find an unsealed, misdemeanor Information in the above matter.

    Please issue a summons in this action and request the U.S. Marshal's Office to serve the summons on the defendant's attorney, Siri Carlson McDowell, of the Federal Defender's Office. The defendant should be advised of the time and place to appear through his attorney.

Very truly yours,

DANIEL N. ROSEN
United States Attorney

*s/ Zain Abid*
BY: Zain Abid
Special Assistant U.S. Attorney

ZA:KP
Enclosure
cc: Siri Carlson McDowell

SCANNED
FEB 0 5 2026
U.S. DISTRICT COURT MPLS