UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-101 (DLM)

UNITED STATES OF AMERICA,

    Plaintiff,

v.                     **NOTICE OF SUBSTITUTION**

JOSEPH FRANKLIN,

    Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Zain Abid

<u>Remove AUSA</u>

Kristian C.S. Weir

Dated: February 9, 2026            Respectfully submitted,

                                         DANIEL N. ROSEN
                                         United States Attorney

                                         *s/ Zain Abid*
                         BY:    Zain Abid
                                           Assistant U.S. Attorney