UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26MJ101 (JNE/DLM)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH FRANKLIN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | DISCOVERY DECLARATION AND OUTLINE OF PRE-TRIAL MOTIONS |

Joseph Franklin is charged in a one-count information with Assaulting, Resisting, or Impeding Certain Officers or Employees. Through counsel, he respectfully offers the following declaration concerning the status of discovery in this case and outline of the pre-trial motions that are being filed.

**DISCOVERY**

Counsel received discovery via USA-FX on March 2, 2026. The discovery contains a number of reports and recordings. To ensure continued disclosure, counsel has filed a discovery motion.

**MOTIONS**

Aside from the discovery motion, Counsel has filed the following motions:

1. Disclosure of Brady Evidence
2. Retention of Rough Notes
3. Dismiss for Defects in the Charging Document
5. Dismiss Outrageous Government Conduct
6. Suppress Observations and Statements

Counsel anticipates that the motion to dismiss based on outrageous government conduct and motion to suppress statements and evidence will require testimony.

**WAIVER**

Mr. Franklin has filed a Waiver of his right to have his case heard before a United States District Court Judge.

**MEET AND CONFER**

On March 16, 2026, the undersigned and AUSA Zain Abid conferred by phone pursuant to and in accordance with L.R. 12.1 to clarify and narrow issues.

Dated: March 16, 2026

Respectfully submitted,

*s/Siri Carlson McDowell*

SIRI CARLSON MCDOWELL
Attorney ID No. 0401693
Attorneys for Mr. Franklin
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415