UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JOSEPH FRANKLIN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 26MJ101 (JNE/DLM)<br><br><br>MR. FRANKLIN'S MOTION TO DISMISS FOR DEFECTS IN THE CHARGING DOCUMENT |

Joseph Franklin, through his attorney, Siri Carlson McDowell, moves to dismiss the misdemeanor information pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B) based on defects in the charging document. Mr. Franklin moves to dismiss the indictment on the grounds that it fails to state an offense and it lacks specificity. F.R.Crim.P. 12(b)(3)(B)(iii) and (v).

An information must be a "plain, concise, and definite written statement of the essential facts constituting the offense charged…." F.R.Crim.P. 7(c). It is only sufficient if it includes "all of the essential elements of the offense charged, fairly informs the defendant of the charges against which he must defend, and alleges information to allow a defendant to plead a conviction or acquittal as a bar to subsequent prosecution." *United States v. Sewell*, 513 F.3d 820, 821 (8th Cir. 2008) (cleaned up).

The information fails here in two regards. First, the misdemeanor information fails to state an element of the offense because it does not contain allegations of Mr. Franklin's *mens rea*, a necessary element of the offense. *See United States v. Feola*, 420 U.S. 671 (holding that 18 U.S.C. § 111 requires an intent to assault); Eighth Circuit

Criminal Model Jury Instruction 6.18.111 (listing the second element of the offense as requiring that the assault be done "voluntarily and intentionally"). Second, the misdemeanor charging document does not adequately apprise Mr. Franklin of the conduct that the government alleges violates 18 U.S.C. § 111(a). 18 USC 111(a) contains multiple ways in which a person could violate the statute—assaulting, resisting, opposing, impeding, or interfering—which cover a broad array of actual conduct. While the previously filed felony complaint and affidavit (ECF 1), make clear that the government intends to proceed on the theory that Mr. Franklin assaulted federal agents by ramming their vehicle with his vehicle, the vague nature of the charging document on its face does not provide Mr. Franklin sufficient notice of what he needs to defend, nor serve as an adequate bar against any future prosecution.[1]

Dated: March 16, 2026

Respectfully submitted,

*s/ Siri Carlson McDowell*

SIRI CARLSON MCDOWELL
Attorney ID No. 0401693
Attorney for Mr. Franklin
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

[1] During the meet and confer, government counsel noted that it intends to proceed on the theory of assault as well as impeding and interfering. However, this statement does not cure the defect on the face of the charging document.