UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 26-mj-101 (JNE/DLM) |
| | ) | |
| Plaintiff, | ) | **MR. FRANKLIN'S MOTION TO** |
| v. | ) | **CONTINUE THE MOTION** |
| | ) | **HEARING AND TO EXCLUDE TIME** |
| JOSEPH PERRY FRANKLIN, | ) | **UNDER THE SPEEDY TRIAL ACT** |
| | ) | |
| Defendant. | ) | |

Joseph Franklin, through undersigned counsel, moves this Court to continue the motion hearing, currently scheduled for May 20, 2026, for 90 days. Mr. Franklin requests the additional time to confer with counsel and complete discussions with the government regarding the next steps in his case. The government does not oppose this motion. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of continuance should be excluded from the computation of the Speedy Trial Act.

Dated: May 18, 2026

Respectfully submitted,

*s/ Siri Carlson McDowell*

SIRI CARLSON MCDOWELL
Attorney ID No. 0401693
Attorney for Mr. Franklin
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415